JOSEPH BAILLARGEON, Respondent, *v.* EUGENE C. JACQUES, et al., Appellants, et al., Defendants.

Submitted July 19, 1949; decided July 19, 1949.

*F. Walter Bliss, Warner M. Bouck* and *Harold L. Soden,* for motion.

*Clyde A. Lewis,* opposed.

Motion denied, with $10 costs.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ANNIE M. CUMMINGS, Deceased, Respondent. LILLIAN CUMMINGS, Individually and as Administratrix of the Estate of GEORGE S. CUMMINGS, Deceased, et al., Appellants; EDITH A. MERRITT, Respondent.

Submitted July 19, 1949; decided July 19, 1949.

Motion to amend remittitur denied, with $10 costs. [See 298 N. Y. 665.]